STATE

v.

**FAIRCHILD**

20160886

Supreme Court of Utah.

01/30/2017

20131118, 385 P.3d 696

Petition for Writ of Certiorari Denied.

STATE

v.

**RIPPEY**

20160918

Supreme Court of Utah.

01/07/2017

20160470

Petition for Writ of Certiorari Denied.

STATE

v.

**TOOMBS**

20160905

Supreme Court of Utah.

01/25/2017

20140386, 380 P.3d 390

Petition for Writ of Certiorari Denied.

STATE

v.

**BLANKE**

20160922

Supreme Court of Utah.

01/07/2017

20160562

Petition for Writ of Certiorari Denied.